In the Matter of the Estate of ROSE M. ROEBEN, Deceased.

JOHANNA S. SCHIMMEL, as Ancillary Executor of ROSE M. ROEBEN, Deceased, Appellant; S. WILLIAM FREEDMAN, as Ancillary Executor of ROSE M. ROEBEN, Deceased, Respondent.

Argued April 16, 1941; decided May 22, 1941.

*Daniel Steingart* and *Archie Borrok* for appellant.

*Max Bergman* and *Jacob Meadow* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.